UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14246-CIV-MOORE/LYNCH

TEXTRON FINANCIAL CORPORATION,
a Delaware corporation,

    Plaintiff,

v.

LENTINE MARINE, INC., a Florida corporation,
LOUIS F. LENTINE, individually, and
JULIE A. LENTINE, individually,

    Defendants.
_____/



FILED by _____ D.C.

JUL 10 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION

**THIS CAUSE** having come on to be heard for an ex parte evidentiary hearing on July 10, 2008, in respect to the Plaintiff's Motion For Emergency Break Orders [D.E. #2], Plaintiff's Motion For Temporary Retraining Order Without Notice [D.E. #3], and Plaintiff's Motion For Order To Issue Pre-Judgment Writs Of Replevin [D.E. #4], and this Court having reviewed the motions and otherwise being advised in the premises, makes the following recommendation:

    1.    At the outset of the hearing, Mr. Foster, as counsel for the Plaintiff, advised this Court that he just received communications from his client to not proceed on these motions. Apparently a representative from the Plaintiff has met with representatives of the Defendants in an effort to work out some sort of payment schedule to resolve these emergency relief issues. Mr. Foster advised that his client, the Plaintiff, has come to an understanding with the Defendants for some payment arrangements in which all parties agree. Therefore, the Plaintiff has requested that Mr. Foster not proceed on these three motions.

2. This Court advised Mr. Foster that in order to dispose of these motions in accordance with Judge Moore's request for expedited ruling, this Court will recommend that these three motions set forth above be denied without prejudice. It is this Court's understanding that the underlying case will remain open and pending. Hopefully the entire matter will be resolved between the parties and the case then dismissed. However, as to the requests for emergency relief set forth in these three motions, the Plaintiff is not proceeding with those requests at this time.

**ACCORDINGLY**, this Court recommends to the District Court that based upon the Plaintiff's decision to not proceed further on these three motions for emergency relief at this time that Plaintiff's Motion For Emergency Break Orders [D.E. #2], Plaintiff's Motion For Temporary Retraining Order Without Notice [D.E. #3], and Plaintiff's Motion For Order To Issue Pre-Judgment Writs Of Replevin [D.E. #4] all be **DENIED** without prejudice.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this 10th day of July, 2008, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
James E. Foster, Esq.