UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14246-CIV-MOORE/LYNCH

TEXTRON FINANCIAL CORP.

    Plaintiff,

v.

LENTINE MARINE, INC., LOUIS F.
LENTINE, AND JULIE A. LENTINE,

    Defendants.
_____/



FILED by ___ D.C.
SEP 25 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### REPORT AND RECOMMENDATION ON PLAINTIFF'S SECOND MOTION FOR TEMPORARY RESTRAINING ORDER (DE 19), SECOND MOTION FOR WRIT OF REPLEVIN (DE 20), SECOND MOTION FOR EMERGENCY BREAK ORDERS (DE 21), AND MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER (DE 27)

**THIS CAUSE** comes before this Court upon an Order of Reference and the above Motions. Having reviewed the Motions and having received the parties' Stipulation and proposed Orders (DE 33), this Court recommends as follows:

    1. This Court set an evidentiary hearing on the Plaintiff's Motions for September 26, 2008. The parties now announce that they have settled the matter. Consequently there no longer is need for the hearing.

    3. Based on the foregoing, this Court is canceling the evidentiary hearing, and in order to expedite the matter on behalf of the parties, this Court is issuing this Report and Recommendation, with a copy of the parties' proposed Orders attached, so that the District Court may simply execute them

without any further action being necessary.

**ACCORDINGLY,** this Court recommends to the District Court that the Plaintiff's Motions be **GRANTED** and that the Consent Orders be entered into the record. The parties' Consent Orders resolve the above Motions and set forth the terms under which the parties are to proceed.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 25th day of September, 2008.

_____
FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc: Hon. K. Michael Moore
    James S. Foster, Esq.
    Robert C. Furr, Esq.